UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14171-CIV-MIDDLEBROOKS/LYNCH

PHILIP J. NASH AND ALICE L. NASH,

    Plaintiffs,

v.

CENTOCOR, INC., JOHNSON & JOHNSON,
ORTHO-MCNEIL PHARMACEUTICAL, INC., et al.,

    Defendants.
_____/



FILED by ___ D.C.

SEP 2 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER TO SHOW CAUSE

**THIS CAUSE** comes to be heard by this Court <u>sua sponte</u>. Having reviewed the file, noting that the parties have not complied with this Court's August 4, 2004 Order to file a joint scheduling report, and being otherwise advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the parties shall have **eleven (11) days** from the date of this Order to show cause why this action should not be dismissed or why other sanctions should not be imposed for failure to comply with this Court's Order. Within the same time frame, the parties may file the omitted joint scheduling report in lieu of showing cause why they should not be sanctioned.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 22 day of September, 2004.

```
_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE
```

cc: Hon. Donald M. Middlebrooks

Theodore J. Leopold, Esq.
Ricci-Leopold, P.A.
Suite 200
2925 PGA Blvd.
Palm Beach Gardens, FL 33410

Jeffrey B. Shapiro, Esq.
Arnstein & Lehr, LLP
Suite 400
201 S. Biscayne Blvd.
Miami, FL 33131