UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-14171-CIV-MIDDLEBROOKS/LYNCH

PHILIP J. NASH and ALICE L.
NASH, Husband and Wife,

      Plaintiffs,

v.

CENTOCOR, INC., JOHNSON
& JOHNSON; ORTHO-McNEIL
PHARMACEUTICAL, INC.,
JOHN DOE MANUFACTURERS
A-Z, and JOHN DOE
DISTRIBUTORS A-Z,

      Defendants.
_____/



FILED by ___ D.C.

NOV 03 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE comes before the Court upon the application of Cindi Solomon, Esq., of the law firm Motley Rice LLC, to appear and participate *pro hac vice* on behalf of Plaintiffs in the above-styled case. The instant motion was filed without the requisite fee for a Special or Limited Appearance pursuant to S.D.F.L. Rule 4(B) of the Special Rule Governing the Admission and Practice of Attorneys.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion to Appear Pro Hac Vice, filed November 2, 2004 is DENIED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _3_ day of November, 2004.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record