UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PHILIP J. NASH
    Plaintiff,

vs

CASE NO: 04-14171CIVMIDDLEBROOKS

MEDIATION REPORT

CENTOCOR INC., & JOHNSON & JOHNSON, et al.
    Defendant,
_____/

Type of Case:

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Dominic L. Brandy, Esquire of MEDIATION, INC., on July 18, 2005.

The following were present:
    All Plaintiffs and Plaintiff Trial Counsel

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:
    The case has been SETTLED in principle.

Copies furnished by U.S. Mail to:
    Frederick Thompson, Esquire

    Neville M. Leslie, Esquire

RESPECTFULLY SUBMITTED on July 18, 2005.

JAMES B. CHAPLIN, ESQUIRE
for Dominic L. Brandy
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000

NON-COMPLIANCE OF S.D. fla. L.R. 5.1(A)
5.1A4
5.1A5