UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-14171-CIV-MIDDLEBROOKS/LYNCH

PHILIP J. NASH and ALICE L. NASH,
Husband and Wife,

    Plaintiffs,

v.

CENTOCOR, INC., JOHNSON & JOHNSON;
ORTHO-McNEIL PHARMACEUTICAL, INC.,
JOHN DOE MANUFACTURERS A-Z,
and JOHN DOE DISTRIBUTORS A-Z,

    Defendants.
_____/

FILED by ___ D.C.
AUG 1 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*.

On July 25, 2005, following notice that the parties had settled the above-captioned cause, this Court ordered the parties to file all appropriate pleadings to conclude the matter within ten days. (DE 44.) Instead, on August 5, 2005 counsel for Plaintiff mailed to Chambers a proposed Order of Dismissal. That mailing, which was not filed with the Court but is now attached hereto, did not include a stipulation for dismissal by the parties as required under Rule 41(a)(1)(ii), Federal Rules of Civil Procedure. To date, the parties have not complied with the Court's Order.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the parties shall, by **August 24, 2005**, show cause why sanctions should not be imposed for failing to comply with the Court's July 25, 2005 Order.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August 2005.

    DONALD M. MIDDLEBROOKS
    UNITED STATES DISTRICT JUDGE

Copies to counsel of record



August 5, 2005

Mr. Clarence Maddox
Clerk of Court
United States District Court
301 N. Miami Avenue, Room 150
Miami, FL 33128

**BY FEDEX**

Re:   Phillip J. Nash and Alice L. Nash v. Centocor, Inc., *et al.*
      Case No. 04-14171-CIV-MIDDLEBROOKS

Dear Mr. Maddox:

Enclosed please find the original and three copies of a proposed Order of Dismissal in the captioned case drafted pursuant to Judge Middlebrooks' Order dated July 25, 2005. If it meets with Judge Middlebrooks' approval, please file it, certify the copies and return a copy to me in the enclosed envelope.

Thank you for your assistance. Please call with any questions.

Sincerely,

Sandy Summers
Paralegal to Fred Thompson III

ss/enc.

cc:
The Honorable Donald M. Middlebrooks
United States District Judge
701 Clematis Street #257
West Palm Beach, FL 33401

**Copy to all Counsel of Record:**
Jeffrey B. Shapiro, Esquire
Neville M. Leslie, Esquire
John D. Winter, Esquire
Spencer Kuvin, Esquire

Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 04-14171 - CIV - MIDDLEBROOKS
MAGISTRATE LYNCH

PHILIP J. NASH and ALICE L. NASH,
Husband and Wife,

        Plaintiff,

v.

CENTOCOR, INC.; JOHNSON & JOHNSON;
ORTHO-McNEIL PHARMACEUTICAL, INC.,
JOHN DOE MANUFACTURERS A-Z, AND
JOHN DOE DISTRIBUTORS A-Z,

        Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

PURSUANT TO Order of the Court dated July 25, 2005, wherein it was acknowledged that the parties amicably settled this case in principle during Mediation conference held on July 18, 2005, Plaintiffs Philip J. Nash and Alice L. Nash, by and through their undersigned attorneys, agree to a dismissal of the action to be effective on the date of this Order.

THEREFORE, based on the above, IT IS ORDERED AND ADJUDGED that the above-captioned case is now dismissed.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ____ day of August, 2005.

_____
**DONALD M MIDDLEBROOKS**
**UNITED STATES DISTRICT JUDGE**