UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by ___ D.C.
AUG 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case No. 04-14171-CIV-MIDDLEBROOKS/LYNCH

PHILIP J. NASH and ALICE L. NASH,
Husband and Wife,

    Plaintiffs,

v.

CENTOCOR, INC., JOHNSON & JOHNSON;
ORTHO-McNEIL PHARMACEUTICAL, INC.,
JOHN DOE MANUFACTURERS A-Z,
and JOHN DOE DISTRIBUTORS A-Z,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER

THIS CAUSE comes before the Court *sua sponte*. The parties having stipulated to dismissal of this action without prejudice, it is hereby

ORDERED AND ADJUDGED that the Clerk of Court shall CLOSE this case. All pending motions DENIED AS MOOT. Further, in light of the parties' substantial compliance on this date with the Court's July 25, 2005 Order, the Court's August 18, 2005 Order to Show Cause (DE 46) is VACATED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 19 day of August 2005.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record